**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
MIGUEL JARAMILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MIGUEL ANTONIO RUIZ JARAMILLO<br><br>    Defendant | Case No.: Case No.1:13-cr-00059 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND ASSISTANT UNITED STATES ATTORNEY GRANT RABENN:

**COMES NOW** Defendant, MIGUEL JARAMILLO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, April 7, 2014 be continued to Monday, May 19, 2015.

Mr. Jaramillo received a $24,000.00 tax bill from the State based upon his plea and he is trying to pay that and whatever is assessed by both the IRS and the State before his sentencing. I have spoken to AUSA Grant Rabenn, and he has no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

**IT IS SO STIPULATED.**

                                                Respectfully Submitted,

DATED:4/2/14                                   ***/s/ David A Torres***
                                                DAVID A. TORRES
                                                Attorney for Defendant
                                                MIGEUL JARAMILLO

DATED:4/2/14                                   ***/s/Grant B. Rabenn***
                                                GRANT B. RABENN
                                                Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED.

    Dated:  **April 2, 2014**                  **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE