**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
**MIGUEL ANTONIO RUIZ JARAMILLO**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MIGUEL ANTONIO RUIZ JARAMILLO, ) <br> ) <br> Defendant ) | Case No.: 1:13-cr-00059 LJO SKO <br><br> **STIPULATION AND  ORDER TO CONTINUE SENTENCING HEARING** <br> (NOTE change in the date requested) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

LAWERENCE J. O'NEILL AND GRANT RABENN, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, Miguel Jaramillo, by and through his attorney of record,

DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday,

May 19, 2014, be continued to Monday, June 23, 2014.

   A few weeks ago Mr. Jaramillo had to be taken to the hospital as he was complaining of

blood in his stool. He was referred to a doctor to perform a colonoscopy. The colonoscopy

revealed several polyps on his colon and that his prostate was enlarged. He underwent an

emergency prostate surgery on May 13, 2014. He will need to rest after his surgery.

Additionally, the results of the colonoscopy should be released to the family by the end of this

1 week or early next week. I have spoken to AUSA Grant Rabenn, and he has no objection to

2 continuing the sentencing hearing.

3      The parties also agree the delays resulting from the continuance shall be excluded in the

4 interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

5 //

6 //

7      **IT IS SO STIPULATED.**

8                                                              Respectfully Submitted,

9 DATED: 5/14/14                                    */s/ David A Torres*          ___
                                                             DAVID A. TORRES
10                                                            Attorney for Defendant
                                                             MIGUEL JARAMILLO
11

12
DATED:5/14/14                                      */s/Grant Rabenn*        _____
13                                                           GRANT RABENN
                                                             Assistant U.S. Attorney
14

15

16                              **ORDER**

17

18      **Good cause has been stated.  Due to a pressing medical issue involving the**

**undersigned, the month of June is unavailable.  T**he sentencing hearing is continued to July

19
14, 2014 at 8:30 a.m.
20

21
IT IS SO ORDERED.
22

23      Dated:   __**May 15, 2014**__              ____**/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE
24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25