**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
**MIGUEL ANTONIO RUIZ JARAMILLO**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:13-cr-00059 LJO SKO |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE SENTENCING HEARING** |
| vs. | ) |
| | ) |
| MIGUEL ANTONIO RUIZ JARAMILLO, | ) |
| | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

LAWERENCE J. O'NEILL AND GRANT RABENN, ASSISTANT UNITED STATES

ATTORNEY:

      **COMES NOW** Defendant, Miguel Jaramillo, by and through his attorney of record,

DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday,

July 14, 2014, be continued to Monday, July 21, 2014.

      Mr. Jaramillo has a scheduled appointment with Dr. Richard Alexan.  Dr. Alexan has

conducted two tests which include a memory and electroencephalogram test. The results are

expected to be completed by Friday, July 11, 2014.  Mr. Jaramillo is also schedule for further

testing at a radiology center for the following test; PET scan and a CT scan.  I expect these test

results sometime next week along with a thorough report by Dr. Alexan on Mr. Jaramillo's

1

mental state. I believe that these reports are necessary to the sentencing evaluation of Mr.

Jaramillo.

 I will also be starting a two day death penalty preliminary hearing tomorrow, July 11,

2014,  in the matter of *People v. Spencer Rogers, BF152669A*.  The co-defendant, Walter

Goodson has refused to continue the preliminary hearing, and will not waive a continuous

preliminary hearing to allow me to attend this sentencing.  I have spoken to AUSA Grant Rabenn

and he has no objection to the continuance.

                          Respectfully Submitted,

DATED: 7/10/14                         ***/s/ David A Torres***   ___
                                         DAVID A. TORRES
                                         Attorney for Defendant
                                         MIGUEL JARAMILLO

DATED: 7/10/14                         ***/s/Grant Rabenn***_____
                                         GRANT RABENN
                                         Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

   Dated:   **July 11, 2014**                     **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE