BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>MIGUEL JARAMILLO,<br><br>           Defendant. | 1:13-CR-00059-LJO-SKO<br><br>**STIPULATION TO AMEND THE JUDGMENT AND COMMITMENT AND ORDER** |

IT IS HEREBY STIPULATED between the United States of America and Defendant Miguel Jaramillo, by and through their respective counsel, that an amendment to the Judgment and Commitment filed on July 24, 2014 is necessary to reflect the Court's order for payment of restitution in this case.

The parties stipulate and agree that a restitutionary lien to the Internal Revenue Service of $91,527.00 on a residence located at 3707 Amherst Forrest Road, Bakersfield, California, shall be ordered by the Court.

Dated:   July 30, 2014           BENJAMIN B. WAGNER
                                 United States Attorney


                                  /s/ Grant B. Rabenn
                                 GRANT B. RABENN
                                 Assistant United States Attorney

Dated:   July 30, 2014                    /s/ David Torres
                                          DAVID TORRES
                                          Attorney for Defendant Miguel Jaramillo
                                          (Original signature retained by attorney)

IT IS SO ORDERED.

   Dated:   **July 31, 2014**                    **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE